**Sarah Ray WILLIAMS, Plaintiff–Appellant,**

v.

**GREENVILLE COUNTY, SCHOOL DISTRICT; Brenda Turner; Susan B. Hill, Defendants—Appellees.**

No. 99–2438.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 1999.

Decided Dec. 21, 1999.

Sarah Ray Williams, Appellant pro se.

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

PER CURIAM.

Sarah Ray Williams appeals the district court's order adopting a magistrate judge's report and recommendation to dismiss her employment action. Because Williams did not file specific objections to the magistrate judge's report and recommendation, the district court did not err in adopting the magistrate judge's recommendation to dismiss her claim as barred by res judicata. *See Wells v. Shriners Hosp.*, 109 F.3d 198, 201 (4th Cir.1997); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir.1984). Accordingly, we affirm the judgment of the district court. *See Williams* v. *Greenville Co.*, No. CA–99–2282–6–20AK (D.S.C. Sept. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. AFFIRMED